PETER KMETO
Attorney at Law
State Bar #78827
PO Box 8789
South Lake Tahoe, CA 96158
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00104 TLN |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION MODIFYING CONDITIONS OF PRETRIAL RELEASE FINDINGS AND ORDER |
| MICHAEL HAMPTON, | |
| Defendant. | |

Defendant: MICHAEL HAMPTON, through his attorney, PETER KMETO and the United States of America, through its counsel of record, CAMERON L. DESMOND, stipulate and agree to the following:

1—On June 1, 2021 Michael Hampton was released from federal custody on case #2:21-CR-00104 TLN under special conditions which included the following:

Condition #3. You must reside in the halfway house located at 111 Taylor Street and you must comply with all conditions of that facility;

Condition # 4. You must remain at the halfway house at all times except for employment, education, religious services, medical, substance abuse, or mental

1

health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by Pretrial Services;

    2—To date, Michael Hampton has been compliant with these terms and Pretrial Services has received no reports of complaint regarding Mr. Hampton;

    3—The Taylor Street half-way house has a program entitled "Social Pass" where it allows participants to meet with relatives of the participants outside the facility for up to 8 hours (9:00 a.m. to 5:00 p.m.) in order to maintain familial ties. Advanced approval by Pretrial Services is required;

    4—Under Special Condition number 4, the "Social Pass" activity would qualify as "other activity";

    5—The family members Michael Hampton would be authorized to meet with are:

--Miyah Hampton:   daughter
--Michelle Hampton:  daughter
--Michaela Hampton:  daughter
--Brittany Holmes Hampton:  daughter
--Mikel Hampton: daughter

Stipulation:

Accordingly, the parties further stipulate that Pretrial Services, under the exercise of their sound discretion, allow defendant, Michael Hampton to participate in the Taylor Street "Social Pass" activity defined as: social passes allowed and approved by the

halfway house; in order to maintain ties with the above named daughters of Michael Hampton.

IT IS SO STIPULATED

| Dated: June 23, 2022 | /s/ Peter Kmeto |
| | PETER KMETO |
| | Attorney for Defendant |
| | Michael Hampton |

| Dated: June 23, 2022 | /s/ Cameron Desmond |
| | CAMERON DESMOND |
| | Assistant United States Attorney |

## FINDINGS AND ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED.

Dated:  June 24, 2022June 24, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE